UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RUSSELL PAUL DESALVO                             CIVIL ACTION

VERSUS                                            NO: 23-32

COMMISSIONER OF SOCIAL                            SECTION: "J"(4)
SECURITY

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 12), and Plaintiff's objection (Rec. Doc. 13) hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Magistrate Judge Roby recommended that the decision of the Administrative Law Judge ("ALJ") denying Russell Paul Desalvo's protectively filed application for Supplemental Security Income be affirmed. Reviewing the findings of the ALJ, Judge Roby concluded there was a discernible bridge from the evidence to the persuasiveness conclusions as it pertained to two expert opinions supplied by Plaintiff. Regarding the medical opinion, Judge Roby concluded the ALJ properly found it unpersuasive due to inconsistencies within Plaintiff's broader medical records, which indicated his fair range of motion of his neck, normal strength and sensation, and functional limitations at a degree less than that alleged. *See* Rec. Doc. 12 at 6–8. As to the cited cognitive testing, Judge Roby agreed with the ALJ's

1

determination that the "onetime examination was not consistent with the mental status examination findings by his other providers" and that "was only mildly deficient in intellectual functioning, that he displayed full insight, and that his judgment was intact." *Id.* at 9. Judge Roby further found that the record only established limited social functioning, rather than a blanket impairment in the face of almost all jobs. *Id.* at 10–11. Thus, the ALJ's denial was based on substantial evidence.

In response, Plaintiff has filed an objection to the Report and Recommendations, arguing the ALJ's evidentiary support was mere "cherry-picking". Rec. Doc. 13 at 4. Plaintiff insists the reports of his medical and cognitive experts provide a more coherent assessment of his current limitations. Further, Plaintiff emphasizes aspects of his medical and cognitive history that were "ignored" in the previous decision, such as other medical results and that he "appeared 'slow,' was a 'poor historian,' needed assistance from his fiancé to provide his medical history, was in special education, failed to obtain his high school degree, and did not have a driver's license." *See id.* at 4–6.

We find Plaintiff's arguments less coherent than those he attacks. More to the point, the ALJ's conclusions are supported by substantial evidence, providing a discernible bridge from the evidence to the persuasiveness conclusions.

**IT IS HEREBY ORDERED** that Plaintiff Russell Paul Desalvo's objection (Rec. Doc. 13) is **OVERRULED**, and the Magistrate Judge's Report and

Recommendation (Rec. Doc. 12) is **APPROVED** and **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that the decision of the Administrative Law Judge denying Russell Paul Desalvo's protectively filed application for Supplemental Security Income is **AFFIRMED**.

New Orleans, Louisiana, this 10th day of September, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE